446 A.2d 599
**James K. LEWIS,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.
Decided June 17, 1982.

Arthur R. Thomas, Asst. Chief Counsel, Robert A. Greevy, Chief Counsel, Pa. Bd. of Probation & Parole, Harrisburg, for appellant.

Frank J. Madey, Asst. Public Defender, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.